**Opinion issued January 2, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-12-01065-CV**

———————————

**IN RE ST. LUKE'S SUGAR LAND PARTNERSHIP, L.L.P., Relator**

**Original Proceeding on Petition for Writ of Mandamus**

**MEMORANDUM OPINION**

On November 20, 2012, relator St. Luke's Sugar Land Partnership, L.L.P.

filed a petition for writ of mandamus, requesting that this court order the trial court

to set aside an order compelling the production of documents.[*]   We **deny** the

---

[*]   The underlying case is *Patel et al. v. St. Luke's Sugar Land Partnership, L.L.P. et al.*, No. 2011-24016, in the 152nd District Court of Harris County, Texas, the Honorable Robert Schaffer presiding.

petition for writ of mandamus and lift the partial stay entered on November 21, 2012.

**PER CURIAM**

Panel consists of Justices Massengale, Brown, and Huddle.